UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2010 MAR 24 PM 2:44
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>                vs.<br><br>ISIDRO ROMANO-MORENO (1),<br><br>                          Defendant. | CASE NO. 10CR0396-BEN<br><br>**JUDGMENT OF DISMISSAL** |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____   the Court has dismissed the case for unnecessary delay; or

____   the Court has granted the motion of the Government for dismissal; or

____   the Court has granted the motion of the defendant for a judgment of acquittal; or

____   a jury has been waived, and the Court has found the defendant not guilty; or

____   the jury has returned its verdict, finding the defendant not guilty;

__X__   of the offense(s) of: **TITLE 8 U.S.C. §1326(a) and (b)**.

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MARCH 22, 2010

_____
HON. ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE


ENTERED ON _____